**Debra NOVAK–SCOTT, Plaintiff—Appellant,**

v.

**CITY OF PHOENIX, Defendant—Appellee.**

**No. 08–16253.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 8, 2009.

Filed Nov. 12, 2009.

Daniel L. Bonnett, Esquire, Martin & Bonnett, PLLC, Jennifer Lynn Kroll, Esquire, Martin & Bonnett, PLLC, Phoenix, AZ, for Plaintiff-Appellant.

Jeffrey Scott Judd, Esquire, Littler Mendelson, PC, Las Vegas, NV, John Mark Ogden, Wade Swanson, Littler Mendelson, PC, Phoenix, AZ, for Defendant-Appellee.

Before: RYMER and TASHIMA, Circuit Judges, and LEIGHTON,* District Judge.

MEMORANDUM **

Debra Novak–Scott, a City of Phoenix employee, appeals the district court's summary judgment dismissing her Title VII retaliation claim against the City of Phoenix. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. We review a district court's grant of summary judg-

---

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

ment *de novo.* *Head v. Glacier,* 413 F.3d 1053, 1058 (9th Cir.2005).

The district court properly concluded that Ms. Novak–Scott failed to establish a prima facie case of retaliation. She did not suffer the type of significant harm that would dissuade a reasonable worker from making or supporting a charge of discrimination. *Burlington N. & Santa Fe Ry. Co. v. White,* 548 U.S. 53, 60, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006). Accordingly, for the reasons stated by the district court, summary judgment was properly granted for the City of Phoenix.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.